# United States Court of Appeals
## For the First Circuit

No. 17-1279

JOHN W. STEINMETZ; JANE C. STEINMETZ

Plaintiffs - Appellants

v.

COYLE & CARON, INC.

Defendant - Appellee

**JUDGMENT**

Entered: September 11, 2017
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

/s/ Margaret Carter, Clerk

cc:
John W. Steinmetz
Evan Fray-Witzer
Richard J. Yurko
Sarah R. Wunsch